# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, | § § § § | |
| Plaintiff, | § § | Case No. 2:18-cv-00100-JRG-RSP |
| v. | § § | **LEAD CASE** |
| GOVISION, LLC, | § § § | |
| Defendant. | § | |
| DIGILED (UK) LIMITED, | § § | Case No. 2:18-cv-00096-JRG-RSP |
| ELATION LIGHTING, INC., | § § | Case No. 2:18-cv-00097-JRG-RSP |
| NANOLUMENS, INC. | § § | Case No. 2:18-cv-00106-JRG-RSP |
| SHENZHEN MARYPHOTOELECTRICITY CO., LTD. AND MRLED INC | § § § § | Case No. 2:18-cv-00114-JRG-RSP |
| VANGUARD LED DISPLAYS, INC. | § § § | Case No. 2:18-cv-00117-JRG-RSP |

## ORDER

Before the Court is Plaintiff Ultravision Technologies, LLC's Notices of Voluntary Dimissal Without Prejudice as to Defendants digiLED (UK) Limited (Dkt. No. 19), Elation Lighting, Inc. (Dkt. No. 20), Shenzhen Maryphotoelectricity Co., Ltd. and MRLED Inc. (Dkt. No. 21), Nanolumens, Inc. (Dkt. No. 22), Vanguard LED Displays, Inc. (Dkt. No. 23), and GoVision, LLC (Dkt. No. 24).

After consideration, the Court concludes that Plaintiff's Notices of Voluntary Dismissal Without Prejudice were properly filed pursuant to Rule 41(a)(1)(A)(i). IT IS

THEREFORE ORDERED that Defendants digiLED (UK) Limited, Elation Lighting, Inc., Shenzhen Maryphotoelectricity Co., Ltd., MRLED Inc., Nanolumens, Inc., Vanguard LED Displays, Inc, and GoVision, LLC are DISMISSED WITHOUT PREJUDICE.

Because other Defendants remain active in the lead case, the lead case remains open and active and should not be closed. However, the clerk is directed to close the following member cases:

- 2:18-cv-00096-JRG-RSP
- 2:18-cv-00097-JRG-RSP
- 2:18-cv-00106-JRG-RSP
- 2:18-cv-00114-JRG-RSP
- 2:18-cv-00117-JRG-RSP

**So ORDERED and SIGNED this 18th day of April, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE